U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>TYLER D. JOHNSON, KELLI LOUCKS, MAC-SHANE FRANK, RAYMOND ALLEN, MIKE CLARK, DAVID HOMOYA, ANTHONY HARRIS, MICHAEL SWETLAND, NICK MCROBERTS, FEDERICO FERNANDEZ, SEAN FURLOW, DUSTIN BOWLES, MARCIA HILL, VIPIN SHAH, CHARLES HECK, MARCUS MYERS, and SETH MERACLE,<br><br>    Defendants. | Case Number 3:15-cv-01095-DGW<br><br>Magistrate Judge Donald G. Wilkerson |

## **JURY VERDICT FORM**

**On Plaintiff's Claim of excessive force, as referenced in Count I of Instruction 15, against Defendants Raymond Allen, Mike Clark, Mac-Shane Frank, Anthony Harris, David Homoya, Seth Meracle, Michael Swetland and Nick McRoberts, we the jury unanimously find as follows:** *(check one and only one of the two choices, i.e. for Plaintiff or for Defendant)*

|  | FOR PLAINTIFF MOORE | FOR DEFENDANT |
|---|---|---|
| As to Defendant Allen |  | ✓ |
| As to Defendant Clark |  | ✓ |
| As to Defendant Frank |  | ✓ |
| As to Defendant Harris |  | ✓ |
| As to Defendant Homoya |  | ✓ |
| As to Defendant Meracle |  | ✓ |
| As to Defendant McRoberts |  | ✓ |
| As to Defendant Swetland |  | ✓ |

**On Plaintiff's claim for conspiracy to violate Plaintiff's civil rights, as referenced in Count II of Instruction 15, against Defendants Raymond Allen, Mike Clark, Mac-Shane Frank, Anthony Harris, David Homoya, Tyler Johnson, Seth Meracle, Nick McRoberts and/or Michael Swetland, we the jury unanimously find as follows:** *(check one and only one of the two choices, i.e. for Plaintiff or for Defendant)*

|  | FOR PLAINTIFF MOORE | FOR DEFENDANT |
|---|---|---|
| As to Defendant Allen |  | ✓ |
| As to Defendant Clark |  | ✓ |
| As to Defendant Frank |  | ✓ |
| As to Defendant Harris |  | ✓ |
| As to Defendant Homoya |  | ✓ |
| As to Defendant Johnson |  | ✓ |
| As to Defendant Meracle |  | ✓ |
| As to Defendant McRoberts |  | ✓ |
| As to Defendant Swetland |  | ✓ |

On Plaintiff's Claim for deliberate indifference towards Plaintiff, as referenced in Counts III, IV and V of Instruction 15, against Defendants Raymond Allen, Mike Clark, Mac-Shane Frank, Anthony Harris, David Homoya, Seth Meracle, Nick McRoberts, Michael Swetland, Dustin Bowles, Federico Fernandez, Sean Furlow, Charles Heck and Marcus Myers, Marcia Hill, Kelli Loucks, and/or Vipin Shah, we the jury unanimously find as follows: *(check one and only one of the two choices, i.e. for Plaintiff or for Defendant)*

|  | FOR PLAINTIFF MOORE | FOR DEFENDANT |
|---|---|---|
| **Count III:** | | |
| As to Defendant Allen |  | ✓ |
| As to Defendant Clark |  | ✓ |
| As to Defendant Frank |  | ✓ |
| As to Defendant Harris |  | ✓ |
| As to Defendant Homoya |  | ✓ |
| As to Defendant Meracle |  | ✓ |
| As to Defendant McRoberts |  | ✓ |
| As to Defendant Swetland |  | ✓ |
| **Count IV:** | | |
| As to Dustin Bowles |  | ✓ |
| As to Federico Fernandez |  | ✓ |
| As to Sean Furlow |  | ✓ |
| As to Charles Heck |  | ✓ |
| As to Marcus Myers |  | ✓ |
| **Count V:** | | |
| As to Defendant Hill |  | ✓ |
| As to Defendant Loucks |  | ✓ |
| As to Defendant Shah |  | ✓ |

*Complete the following paragraphs on damages only if one or more of the above findings is in favor of Plaintiff. If you do not find in favor of the Plaintiff on any of his claims, skip to the bottom of the form and date and sign it.*

(*Note:* If you find in favor of Plaintiff, state the amount of compensatory damages you award to Plaintiff, or if you find that Plaintiff's damages have no money value, set forth a nominal amount, such as $1.00).

**Compensatory damages:**   $_____

(*Note:* You may not award punitive damages against a Defendant unless you have first found against the Defendant above. If you find that punitive damages are not appropriate against a defendant, leave the amount blank.)

Punitive damages: We award punitive damages as follows:

| | |
|---|---|
| As to Defendant Allen | $ _____ |
| As to Defendant Bowles | $ _____ |
| As to Defendant Clark | $ _____ |
| As to Defendant Fernandez | $ _____ |
| As to Defendant Frank | $ _____ |
| As to Defendant Furlow | $ _____ |
| As to Defendant Harris | $ _____ |
| As to Defendant Heck | $ _____ |
| As to Defendant Hill | $ _____ |
| As to Defendant Homoya | $ _____ |
| As to Defendant Johnson | $ _____ |
| As to Defendant Loucks | $ _____ |
| As to Defendant Meracle | $ _____ |
| As to Defendant McRoberts | $ _____ |
| As to Defendant Myers | $ _____ |

As to Defendant Shah         $ _____

As to Defendant Swetland     $ _____

Date: 8/10/18

█████████████████████████████████